**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**TYRONE JAMISON**                                                                   **PLAINTIFF**

**v.**                                                         **Cause No. 4:10-cv-119-CWR-FKB**

**MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY**                        **DEFENDANT**

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on February 15, 2012 [Docket No. 23], which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(2). This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this Court and grants the defendant's motion to affirm [Docket No. 16].

SO ORDERED, this the 5th day of March, 2012.

                                                    s/Carlton W. Reeves
                                                    UNITED STATES DISTRICT JUDGE